# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE DENEGAL,<br><br>　　　　　Petitioner,<br>　　vs.<br>RALPH DIAZ, Warden,<br><br>　　　　　Respondent. | Case No. CV 13-1653 VAP (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: Dec 19 2013

　　　　　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　HON. VIRGINIA A. PHILIPS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE